# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

153609(17)

JOSEPH CONSTANT,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

SC: 153609
AGC: 1770-15

      On order of the Chief Justice, plaintiff's motion to exceed the page limitation for his motion for reconsideration is GRANTED. The 36-page motion submitted on December 12, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016

